IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 26 P 1: 35

TERRY HANSARD #236060 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:05cv917·F
GWENLYN MOSLEY: WARDEN ) (To be supplied by Clerk of
) U.S. District Court)
BRIAN MITCHELL,: PHYS )
)
LATTICE GREENE: Classification )
)
GERALD WAGNER: PROGRAM DIRECT )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO ( X )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( X )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____NA_____

            _____

            Defendant(s) _____NA_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____NA_____

3. Docket number _____NA_____

4. Name of judge to whom case was assigned _____NA_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____NA_____

6. Approximate date of filing lawsuit __NA__

7. Approximate date of disposition __NA__

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Center 200 Wallace Dr. Clio, Alabama 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Gwenlyn Mosley, 200 Wallace Dr, Clio, Alabama 36017
2. Brian Mitchell, 200 Wallace Dr, Clio Alabama 36017
3. Lattice Greene, 200 Wallace Dr. Clio, Alabama 36017
4. Gerald Wagner, 200 Wallace Dr. Clio, Alabama 36017
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9-2-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The four individuals above discriminated against me for no reason.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I WAS IN HONOR DORM 8A HAD BEEN IN THEIR FOR SOME TIME, I ATTENDED A.A. AND NA. AS SPECIFIED BY THE INSTITUTION TO BE IN THEIR. THEY BEING DEFENDANTS MOVED ME OUT OF THEIR BECAUSE I QUOTE, I DON'T LIKE YOU, DIDN'T LIKE YOU LAST YEAR, THERE ARE PEOPLE IN 8A WHO DON'T EVEN BELONG IN THEIR BECAUSE NOT GOING TO NA, AA]

GROUND TWO: THE WHOLE ADMINISTRATION AT EASTERLING WANT YOU TO TAKE A PROGRAM THAT IS NOT COURT ORDERED.

SUPPORTING FACTS: THE DEFENDANTS AT EASTERLING US THE SAPP PROGRAM HERE TO ABSTRACT FUNDS FROM THE FEDERAL GOVERMENT BY MAKEING PEOPLE LIKE ME GO THAT HASN'T BEEN COURT ORDERED ABUSE IS CREATED HERE PAIN AND SUFFERING, MENTAL STRESS, ONE THEY SAY IF YOU DON'T GO YOU WON'T GET A TRANSFER, IF YOU DON'T GO WE WILL NOT DO ANYTHING FOR YOU.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

V. GROUND 1 PAGE #2

But these individuals are still in 8 dorm. When I came to Easterling I was placed in 10 dorm for bed space while I was in there, the administration trick me into signing up for [SAP] when I wasn't court ordered and that is when the dorm leaders would make petitioner or plaintiff pay to keep from getting R.V.? When I told someone about this, they threw me out and didn't do anything to the other inmates they got to stay in there. I have done all they have ask but to no avail defendants wish to discriminate against plaintiff.

V. GROUND # TWO PAGE #2

The defendants refuse to obey court orders concerning this matter, they the [defendants] are according to Alabama law makeing inmates help to take funds from a federal program by theft by deception or false pretentes. I have affidavits to thes effect as many, as needed.

VI. Plaintiff's $600.00 that the inmate dorm leaders toke from plaintiff. Plus criminal charges if defendants are found guilty.

I am asking for protective order against defendants they read the names on forma pauperis 9-19-05 Mr Wagner and other defendants are allready trying to lock me up in segragation. or transfer order.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a restraing order placed on defendants to be moved back in Honor Dorm, I would like a investigation done on Easterling Sap Program, The price of filing placed on defendants plus $10,000 a peace.

_Terry D Hansard_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___9-20-05___.
             (Date)

_Terry D Hansard_
Signature of plaintiff(s)

4