# EASTERLING INMATE NEWSLETTER

## SEPTEMBER 22, 2005

EFFECTIVE IMMEDIATELY – ANY INMATES CAUGHT WITH ANYTHING IN THEIR LAUNDRY OTHER THAN THE FOLLOWING: UNDERWEAR, T-SHIRTS, SOCKS, FACE TOWEL WILL RECEIVE DISCIPLINARY ACTION –PER MS. MATTHEWS. ALSO, THE LAUNDRY BAG SCHEDULE HAS CHANGED FOR DORMITORIES 8 & 10 TO THE FOLLOWING:

DORM 8 – WILL TURN IN THEIR LAUNDRY BAGS ON MONDAY AFTERNOON FROM 5:30 PM – 9:30 PM. THE LAUNDRY BAGS WILL BE WASHED AND DRIED ON TUESDAY AND SENT BACK TO THE DORM ON TUESDAY AFTERNOON.

DORM 10 – WILL TURN IN THEIR LAUNDRY BAGS ON WENDESDAY AFTERNOON FROM 5:30 PM – 9:30 PM. THE LAUNDRY BAGS WILL BE WASHED AND DRIED ON THURSDAY AND SENT BACK TO THE DORM ON THURSDAY AFTERNOON.

---

## INMATE DONATIONS TO HURRICANE RELIEF FUND

INMATES DESIRING TO SEND MONEY TO THE RELIEF FUND FROM THEIR PMOD ACCOUNT MUST FILL OUT A FUNDS WITHDRAWAL SLIP FOR THE AMOUNT DESIRED TO THE AMERICAN RED CROSS. THIS SLIP MUST BE APPROVED AS ANY OTHER WITHDRAWAL REQUEST AND FORWARDED TO THE BUSINESS OFFICE. THE DEADLINE WILL BE OCTOBER 10, 2005. AFTER YOU MAKE THE REQUEST, THE MONEY WILL NOT BE REFUNDED.

---

ANY INMATE CAUGHT SITTING ON AND/OR ABUSING COOLERS IN THE DORMS WILL BE SUBJECT TO DISCIPLINARY ACTION. PER CAPTAIN SCONYERS

SECULAR SAP WILL NOT BEGIN ON OCTOBER 4TH 2005 AS PLANNED. THE PROGRAM IS CURRENTLY UNDER DEVELOPMENT BY THE DIRECTOR OF TREATMENT. ANY INMATES REMAINING IN DORM 8, 9B, OR 10A WILL BE REQUIRED TO PARTICIPATE IN ALL REQUIREMENTS OF THAT DORM. ANY QUESTIONS SHOULD BE DIRECTED TO WARDEN MOSLEY.

05-182