In The District Court Of The United
States For The Middle District Of
Alabama [Northern Division]

2005 OCT 12 A 9:45

Terry Hansard #236060          [

Plaintiff                      [

V.S.                           [           Case# CV-917-F

Gwendolyn Mosley, et Al,       [

Defendants                     [

                               [

## Motion To Surpress Filing Fee's

Comes Now Terry Hansard Files This Motion In Support of Filing Fee's Requested By This Court Of The Amount Of $250.00. Plaintiff Gives The Following Grounds For His Request.

### Grounds

[#1] Plaintiff Never Knew About A $250.00 Filing Fee, Plaintiff Was Under The Belief The Fee's Was Still $50.00.

[#2] Plaintiff Has No Knowledge Of A [Consolidated Appropriations Act Of 2005].

[#3.] If Plaintiff Had Known Filing Fee's Was $250.00, Plaintiff Would Not Have Filed Complaint At This Time.

## FACTS

Plaintiff did not know anything about the new [Consolidated Appropriation Act of 2005]. On cover sheet from the United States District Court for Middle District it says filing fee's for filing a complaint is $150.00 not $250.00 at Easterling their is no notice posted saying the fee's had gone up. If plaintiff had of known the fee's had gone up that way, plaintiff would have taken other measurements. Takeing into consideration plaintiff, would have and could have made arangement for such a fee. In this institution you have to have extra money or you starve, this food is horable you don't have nothing but homosexuals and nasty things going on in the kitchen, you have to pay everytime you see a doctor. We as inmates in the Alabama Prison System we do not have a chance when it comes to our constitutional rights being violated by the D.O.C. We are human not animals as everyone in the Deptment of Corrections treats us.

## Conclusion

Plaintiff prays this honorable court will take into consideration, that the plaintiff knew nothing about this new Act. Also take this cover sheet as evidence to this effect. Plaintiff states he can afford the $150.00, but if he has to pay $250.00, plaintiff is asking this honorable court to dismiss without paying fee's, without default of [U.S.C. 28 § 1915]. I will post this form you sent in law library so there won't be any confussion for anyone later on.

EXCUTED ON Oct. 10, 2005

PLAINTIFF: *Terry D. Hansard*

WITNESS: *Arthur Anderson*

I CERTIFY UNDER PENALTY OF PURJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

PLAINTIFF: *Terry D. Hansard*