IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY HANSARD, #236060, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-917-F |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On October 12, 2005, the plaintiff filed a motion to suppress payment of the requisite $250 filing fee. *See Court Doc. No. 4.* In this motion, the plaintiff concedes that he has the necessary funds to pay this fee but argues that he should not be required to do so because he had no knowledge of the $100 increase in the filing fee under the provisions of the Consolidated Appropriations Act of 2005. However, this assertion does not relieve the plaintiff of his obligation to pay the applicable filing fee, as the facts of this case require such payment in accordance with the provisions of 28 U.S.C. § 1915(b)(1). In light of the foregoing, it is

ORDERED the motion to suppress payment of filing fee be and is hereby DENIED.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE