IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY HANSARD, #236060, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-917-F |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that no funds shall be taken by correctional officials from the plaintiff's prison account for purposes of payment of a filing fee in this civil action. The Clerk is DIRECTED to furnish a copy of this order to the inmate account clerk at the Easterling Correctional Facility.

DONE, this 25th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE