IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HANSARD, #236060, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv 917-F |
| ) | (WO) |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 6) filed herein on October 25, 2005, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's motion to dismiss (Doc. # 4) is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs or fees shall be taxed in this case.

Done this 28th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE